UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, AND THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

Petitioners,

-against-

ABALENE DECORATING INC.,

Respondent.

———————————————————————— x

22 Civ. 10311 (CM) (KHP)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/23

## ORDER

McMahon, J.:

    The plaintiffs must treat this request as a motion for entry of a default judgment. Please consult my rules for instructions on how to obtain a default judgment.

Dated: February 7, 2023

_____
U.S.D.J.

BY ECF TO ALL COUNSEL