

# VIRGINIA & AMBINDER LLP
Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/2023

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Maura Moosnick, Esq.**
Associate
mmoosnick@vandallp.com

April 6, 2023

*Via Electronic Case Filing*

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

4/10/2023

OK

*/s/ Colleen McMahon*

Re:   *Trs. of the N.Y.C. District Council of Carpenters Pension Fund, et al. v. Abalene Decorating Inc.*, 22 CV 10311 (CM)

Dear Judge McMahon:

This firm represents the Petitioners in the above-referenced action. We write to request an adjournment of the Initial Conference scheduled for April 13, 2023 and all corresponding deadlines *sine die* in light of Petitioners' anticipated Motion for Default Judgment, to be filed on or before April 10, 2023. Respondent has not appeared or responded to the pleadings or communications in this case and Petitioners thus did not obtain Respondent's consent for this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/
Maura Moosnick, Esq.

cc:   *Via First Class Mail and E-mail*

Abalene Decorating Inc.
199 Lee Avenue #375
Brooklyn, NY 11211
cylsny@aol.com

1