UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENDION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, ET AL.,

          Petitioner,                                  22 civ 10311 (CM)

    -against-

ABALENE DECORATING INC.,

          Respondent.

------------------------------------------------------------x

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND CONFIRMING ARBITRATION AWARD

McMahon, J.:

    Petitioners seek confirmation of an arbitration award. They have moved for a default judgment following the non-appearance of the Respondent, against whom the award was made.

    Respondent's default means that the well-pleaded allegations of the Petition are deemed admitted. It is thus admitted that the award was made, that it has not been vacated or modified since it was handed down, and that Respondent has not complied with the award. For this reason, the Petition on its face states a claim for relief, and the motion for a default judgment is granted. The Clerk of Court will be ordered to enter a judgment confirming the Award. Petitioner is also entitled to attorney's fees in the amount of $6,459.00 and costs of $493.45 for work associated with the preparation of the petition and the motion for default judgment.

    Petitioner should submit to the court a proposed judgment, with interest calculated through the date of submission and instructions for calculating any remaining pre-judgment interest.

Dated: June 14, 2023

                                                                      _____
                                                                             U.S.D.J.

BY ECF TO ALL COUNSEL
BY FIRST CLASS MAIL TO RESPONDENT AT

    Abalene Decorating Inc.
    199 Lee Avenue, Suite 375
    Brooklyn, New York 11211
    Attn: Leopold Strulovic