UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, the CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                                  Petitioners,

-against-

ABALENE DECORATING INC.,

                                  Respondent.

22 CV 10311 (CM)

**ORDER AND JUDGMENT**

---

The Petitioners having filed a petition to confirm an arbitration award ("Petition"), and a motion for default judgment to confirm an arbitration award ("Motion"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition and Motion are granted, the October 17, 2022 arbitration award ("Award") is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;
2. Awarding judgment in favor of the Petitioners and against Respondent in the amount of $163,305.35 pursuant to the Award, plus interest in the amount of $7,429.27 at the rate of 6.75% from October 17, 2022 through June 20, 2023, plus interest in the amount of $ _996.60_ at the rate of 6.75% from June 20, 2023 through the date of Judgment;
    a. Per diem interest amount: $30.20.
3. Awarding judgment in favor of the Petitioners and against Respondent in the amount of $6,459.00 in attorneys' fees and $93.45 in costs arising out of this proceeding; and
4. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
       24 July , 2023

By: _____
    U.S.D.J.